UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                     Case No.: 8:24-cr-00020-MSS-CPT

HEIDI RICHARDS,
      Defendant.

_____/

## DEFENDANT'S EMERGENCY MOTION TO RESCHEDULE ARRAIGNMENT

Defendant Heidi Richards, by and through undersigned counsel, moves pursuant to the Court's inherent authority to have the arraignment on the superseding indictment currently scheduled for 2:00 p.m. on June 18, 2024 reset for an alternate time due to a scheduling conflict. Undersigned counsel are already set for a contested 2:30 pm sentencing hearing before Judge Covington on the same date in *United States v. Stewart Walter Bachmann*, Case No. 8:23-cr-204-VMC-CPT.

Dated: June 10, 2024                        Respectfully submitted,

                                                         */s/ Todd Foster*
                                                         TODD FOSTER
                                                         Florida Bar No.: 0325198
                                                         tfoster@tfosterlawgroup.com
                                                         KEVIN DARKEN
                                                         Florida Bar No.: 90956
                                                         kdarken@tfosterlawgroup.com
                                                         **TODD FOSTER LAW GROUP**
                                                         601 Bayshore Blvd., Ste. 615

Tampa, FL 33606
*Attorney for Heidi Richards*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed the forgoing with the Clerk of Court for the Middle District of Florida on this 10th day of June, 2024 by uploading it to the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Todd Foster*
TODD FOSTER