UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:24-cr-20-MSS-CPT

HEIDI RICHARDS
a/k/a Heidi Hastings
a/k/a Heidi Shaffer
a/k/a Heidi Williams

## JOINT STATUS REPORT

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of January 18, 2024, the United States herein states as follows:

1.   **Brief summary of the case's status:**

On January 9, 2024, a grand jury returned an indictment charging Heidi Richards with one count of conspiracy, in violation of 18 U.S.C. § 371; one count of trafficking in illicit labels, in violation of 18 U.S.C. § 2318; two counts of trafficking in unauthorized access devices, in violation of 18 U.S.C. § 1029(a)(2); and one count of possession of unauthorized access devices, in violation of 18 U.S.C. § 1029(a)(3). The defendant was arrested on Sunday, January 14, 2024, and made her initial appearance before the United States Magistrate Judge Natalie Hirt Adams on Tuesday, January 16, 2024. The defendant was released on conditions.

On March 8, 2024, the defendant retained new counsel, who have entered

appearances in this case.

On June 4, 2024, a grand jury returned a superseding indictment charging the defendant with promotional money laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i) (Count Six).

The matter is set for trial beginning November 4, 2024, through November 8, 2024.

2. **Possibility of a plea agreement:**

On May 13, 2024, the defendant rejected the government's final plea offer. There is no prospect of the case resolving before trial.

3. **Expected length of government's case-in-chief:**

The government expects its case-in-chief to last approximately three to four days. The defense expects its case, if any, to last two days.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

On July 10, 2024, the defendant filed a motion to dismiss the superseding indictment, Doc. 58, and a motion for *in camera* review of the grand jury transcript, Doc. 60. The government will be filing responses on or before July 24, 2024.

The defendant also filed an unopposed motion for subpoena duces tecum under Rule 17(c) on July 10, 2024. Doc. 59. That motion is ripe for determination.

5. **Potential speedy trial and scheduling problems:**

The defendant made her initial appearance on January 16, 2024. Based on the

United States' calculation, trial must commence by on or about Tuesday, March 26, 2024. On February 16, 2024, however, the Court granted the defendant's unopposed motion to continue trial to the May 2024 calendar and excluded the time between February 16, 2024, and May 31, 2024. Doc. 20. The Court subsequently granted the defendant's second, unopposed motion to continue trial to the July 2024 calendar and excluded the time between May 31, 2024, and July 31, 2024. Doc. 27. The Court then granted the defendant's third, unopposed motion to continue trial to the August 2024 calendar and excluded the time between July 31, 2024, and August 31, 2024. Doc. 41.

On June 20, 2024, the Court granted the defendant's unopposed motion to continue trial and for a date certain, and set trial to commence on November 4, 2024. Doc. 52. Because the Court excluded the time through November 30, 2024, there are no speedy trial problems.

The United States has consulted with counsel for the defendant and all parties agree to the above information.

                                        Respectfully submitted,

                                        ROGER HANDBERG
                                        United States Attorney

By:   */s/ Risha Asokan*
        Risha Asokan
        Assistant United States Attorney
        Florida Bar No. 1003398
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: risha.asokan2@usdoj.gov

U.S. v. Heidi Richards                                       Case No. 8:24-cr-20-MSS-CPT

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Kevin Darken, Esq.
    Todd Foster, Esq.

                                      */s/ Risha Asokan*
                                      Risha Asokan
                                      Assistant United States Attorney
                                      Florida Bar No. 1003398
                                      400 N. Tampa St., Ste. 3200
                                      Tampa, FL 33602-4798
                                      Telephone: (813) 274-6000
                                      Facsimile: (813) 274-6358
                                      E-mail: risha.asokan2@usdoj.gov