# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**vs.**                                     **Case No.: 8:24-cr-00020-MSS-CPT**

**HEIDI RICHARDS,**

    **Defendant.**

_____/

## DEFENDANT'S UNOPPOSED EMERGENCY MOTION TO CONTINUE TRIAL

Defendant Heidi Richards, by and through undersigned counsel, move to continue the June 2, 2025 trial date due to the unexpected death of undersigned counsel's mother Sheila Darken today, May 27, in New York State.

Due to travel arrangements of numerous family members, the funeral Mass and burial cannot occur this week and the church where the funeral Mass will occur is not available this coming weekend.  Consequently, the funeral Mass will occur at Our Lady of the Sacred Heart Catholic Church in Tappan, New York on Monday June 2, the date set for this trial to begin.

Government counsel Risha Ashokan and Karyna Valdes are not opposed to this motion.

Ms. Ashokan and Ms. Valdes start another trial on June 9, 2025.

Undersigned counsel has been and remains lead counsel for defendant Heidi Richards and the defense of this case would be severely jeopardized without undersigned counsel's presence and necessary involvement. This point has been discussed with Government counsel who do not object to a continuance until such time as undersigned counsel is available.

Defense counsel and Government counsel suggest that the Court hold a brief status conference on June 5 or June 6 to discuss resetting the trial date in this case.  If necessary, Defendant will extend her speedy trial waiver.

Dated: May 27, 2025                              Respectfully submitted,


                                                 */s/ Kevin Darken*
                                                 **KEVIN DARKEN**
                                                 Florida Bar No.: 90956
                                                 kdarken@tfosterlawgroup.com
                                                 **TODD FOSTER**
                                                 Florida Bar No.: 0325198
                                                 tfoster@tfosterlawgroup.com
                                                 **TODD FOSTER LAW GROUP**
                                                 601 Bayshore Blvd., Ste. 615
                                                 Tampa, Florida 33606
                                                 Telephone: (813) 565-0600
                                                 *Attorneys for Heidi Richards*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I filed the foregoing with the Clerk of Court for the Middle District of Florida on this 27th day of May 2025 by uploading it to the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Kevin Darken*
**KEVIN DARKEN**
